UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONALD LA CRONE and ROSEMARY
LA CRONE,

    Plaintiffs,

v.                                            Case No: 5:12-cv-376-Oc-32PRL

USAA CASUALTY INSURANCE
COMPANY

    Defendant.

## ORDER

On September 30, 2013, Plaintiffs and Defendant filed notice of their consent to have a United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and any post-trial proceedings. (Doc. 43). The United States District Judge has referred this case to the undersigned to conduct all proceedings and order the entry of final judgment in accordance with 28 U.S.C. § 636(b) and Fed. R. Civ. P. 73. (Doc. 44).

Accordingly, within three (3) days of this Order, the parties are directed to file a joint written notice advising the Court of three (3) dates upon which they are available to commence the trial of this action. The parties are directed to choose three (3) alternative sets of dates with each set of dates commencing on a Monday, and the parties should suggest dates beginning on October 21, 2013 or later. As a note, the Court has availability for the week of October 21, 2013 and November 18, 2013.

**DONE** and **ORDERED** in Ocala, Florida on October 2, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties