UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONALD LA CRONE and ROSEMARY
LA CRONE,

    Plaintiffs,

v.                                                                                    Case No: 5:12-cv-376-Oc-PRL

USAA CASUALTY INSURANCE
COMPANY

    Defendant.

## ORDER

Pursuant to prior notice, a mediation conference was held before the undersigned on December 9, 2013. During the conference, the parties reached a settlement agreement. Accordingly, pursuant to Local Rule 3.08(b), this case is hereby **DISMISSED** subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to administratively close the file.

**IT IS SO ORDERED.**

**DONE** and **ORDERED** in Ocala, Florida on December 9, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

- 2 -

Unrepresented Parties