**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**DONALD LA CRONE and ROSEMARY LA CRONE,**

    **Plaintiffs,**

v.                                                                                                        **Case No: 5:12-cv-376-Oc-PRL**

**USAA CASUALTY INSURANCE COMPANY**

    **Defendant.**

## ORDER

Pursuant to prior notice, a mediation conference was held before the undersigned on December 9, 2013. During the conference, the parties reached a settlement agreement. Accordingly, pursuant to Local Rule 3.08(b), this case is hereby **DISMISSED** subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to administratively close the file.

    **IT IS SO ORDERED.**

    **DONE** and **ORDERED** in Ocala, Florida on December 9, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties

Case 5:12-cv-00376-PRL Document 69 Filed 12/10/13 Page 2 of 2 PageID 479

- 2 -

Unrepresented Parties